John Edward Hansen, 4590
SCALLEY READING, BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah  84101
Telephone:  (801) 531-7870
Facsimile:  (801) 531-968

William J Hansen, 1353
Karra J. Porter, 5223
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Suite 800
Salt Lake City, Utah  84101
Telephone:  (801) 323-5000
Facsimile:  (801) 355-3472
*Attorneys for Amos Plaintiffs*

David S. Pace, 8252
PACE & SCHMIDT, LLC
136 East South Temple, Suite 1600
Salt Lake City, Utah  84111
Telephone:  (801) 355-9700
Facsimile:  (801) 355-9705
*Attorneys for Plaintiff Linda Barton*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CELESTE AMOS, individually, and as Guardian of KAYCEE AMOS, WESTON AMOS and CHEYENNE AMOS, heirs of JOSHUA TROY AMOS, Decedent, and LINDA BARTON, an individual, | Civil No. 2:07-cv-00049 TS |
| Plaintiffs,<br>vs. | **PLAINTIFFS' MOTION IN LIMINE REGARDING COMMON LAW MARRIAGE** |
| W.L. PLASTICS, INC., a Delaware corporation, | |
| Defendant. | |

Plaintiffs hereby move the Court for an order precluding defendant from arguing, eliciting, or attempting to elicit testimony or evidence referring to the common law marriage decree of plaintiff Celeste Amos and plaintiffs' decedent Josh Amos.  Plaintiffs request that the Court preclude defendant from arguing, eliciting, or seeking to elicit, in form or substance, that Celeste and Amos were not married as of the time of the accident, that their marriage was recognized by a court decree after Josh Amos's accident, or any other reference to the fact that their marriage was formalized through a common-law marriage.

This motion is based upon the grounds that such an argument would be irrelevant, legally incorrect and in contravention of prior court orders, and would be unfairly prejudicial under F.R.E. 403.  A supporting memorandum has been filed herewith.

DATED this 12th day of November, 2009.

CHRISTENSEN & JENSEN, P.C.

/s/ *Karra J. Porter*
William J. Hansen
Karra J. Porter
Attorneys for Amos Plaintiffs