SCOTT W. CHRISTENSEN, UBN 0649
**PLANT, CHRISTENSEN & KANELL, P.C.**
136 East South Temple, Suite 1700
Salt Lake City, Utah  84111
PHONE:	(801) 363-7611

Attorneys for Defendant

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| CELESTE AMOS, individually and as Guardian of KAYCEE AMOS, WESTON AMOS, and CHEYENNE AMOS, heirs of JOSHUA TROY AMOS, Decedent, and LINDA BARTON, an individual,<br><br>         Plaintiffs,<br><br>v.<br><br>W.L. PLASTICS, INC., a Delaware corporation,<br><br>         Defendant. | **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE BARTON WITNESSES AND EXHIBITS**<br><br><br><br>Case No. 2:07-CV-00049<br>Judge Ted Stewart |

_____

COMES NOW the defendant WL Plastics (hereinafter "WL"), and submits the following memorandum in support of its motion to exclude plaintiff Linda Barton's trial witnesses and exhibits identified for the first time in the stipulated pretrial order.  That order was filed after 5:00 p.m. on Friday, January 8, 2010.

### ARGUMENT

Plaintiff Linda Barton failed to file any pretrial disclosures as required by Rule 26(a)(3)(B)

of the Federal Rules of Civil Procedure. That rule states in part "Unless the court orders otherwise, these disclosures must be made at least 30 days before trial." No disclosures were made by Plaintiff Linda Barton. The first reference to witnesses or exhibits she proposed calling was in the pretrial order filed on January 8, 2010, ten days before trial. As of January 13, 2010, she has not provided copies of any exhibits.

## CONCLUSION

It is therefore respectfully submitted that Linda Barton be precluded from calling the witnesses or introducing exhibits she identified for the first time in the pretrial order.

Dated this   13th   day of January, 2010.

                        PLANT, CHRISTENSEN & KANELL

                         /s/ Scott W. Christensen
                        SCOTT W. CHRISTENSEN
                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2010, I electronically filed the foregoing **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE BARTON WITNESSES AND EXHIBITS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Attorneys for Amos Plaintiffs:
    John Edward Hansen, Esq.
    **SCALLEY READING BATES**
    **HANSEN & RASMUSSEN**
    15 West South Temple, #600
    Salt Lake City, UT 84101

    William J. Hansen, Esq.
    **CHRISTENSEN & JENSEN PC**
    15 West South Temple, Suite 800
    Salt Lake City, UT 84101

    Attorneys for Plaintiff Linda Barton:
    David S. Pace, Esq.
    **PACE & SCHMIDT, LLC**
    136 East South Temple, Suite 1600
    Salt Lake City, UT 84111

                                          /s/ Scott W. Christensen